UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　Plaintiff,　　　　　　　　**MEMORANDUM**

　　　　　　-against-　　　　　　　　　　　　　　　　24 Cr. 632 (KMK)

RAKIM MAYO,

　　　　　　　　　　　　　　　　Defendant.
---------------------------------------------------------------X

TO:　Kenneth M. Karas, United States District Judge:

　　　Please find attached a transcript of the December 12, 2025 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: February 12, 2026
　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　JUDITH C. McCARTHY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge